Edward J. Maney, Trustee, Bar #12256
P.O. Box 10434
Phoenix, Arizona 85064
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | In Proceedings Under Chapter 13 |
| AMY NMN BROOKSBY | Case No. 05-19441-PHX-GBN |
| | APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS BELONGING TO DEBTOR |
| Debtor (s) | |

Edward J. Maney, Trustee, reports that the following dividend check has been issued and not presented for payment and more than ninety (90) days has elapsed from the date of issuance, or the payment has been returned to the Trustee by the U.S. Post Office marked as undeliverable.

Check Number: 117442
Check Date: 3/26/09
Amount: $355.32
Debtor: AMY NMN BROOKSBY
Co-Debtor:

126 E. 1/2 NORTH

SNOWFLAKE, AZ 85937

Neither the debtor (s) Attorney (if applicable) nor the Trustee have been able to locate the debtor (s).

Wherefore, the Trustee prays that an order be entered pursuant to Section 347 (a) of the Bankruptcy Code directing the Trustee to pay over the amount of $355.32 to the Clerk of the Court to be deposited to the Registry thereof.

Dated: See Electronic Signature

Edward J. Maney, Trustee

Unclaimed Funds/Debtor